# THE OMNIBUS INDEX

Covering all Published Ohio Cases and showing on what page of The Abstract will be found the final disposition of all those which are carried to the Supreme Court. The only index of its kind.

For list of abbreviations see Issue of June 30th, 1928 (No. 26) and subsequent Quarterly Digests.

Bates v. State. OA. 6 Abs. 146; 27 Oh. Ap. 391★; 161 NE. 344.

Bellard, Admr. v. Bd. of Co. Comm. OA. 5 Abs. 517.

Bilek v. Broz. OA. 6 Abs. 372; 26 Oh. Ap. 383★; 160 NE. 476.

Brookins v. Nat. Refining Co. OA. 5 Abs. 628; 26 Oh. Ap. 378★; 160 NE. 97.

Charpiot v. State ex Scott. OS. No. 20949; 6 Abs. 109, 157; Rev. 6 Abs. 389; Syl. 6 Abs. 384; 119 Oh. St. 66; 162 NE. 277.     3

Cincinnati (City) v. Wegekoft. OS. No. 21031; 6 Abs. 221, Rev. 6 Abs. 289; Syl. 6 Abs. 387; 119 Oh. St. 136.

Clark et v. Reinwald. OA. 6 Abs. 518.

Colliers Shoe Co. et. v. Doherety et. OS. No. 21260; 6 Abs. 421, 519.

Cuyahoga Co. Comrs. v. Boles, Admrx. OS. No. 21332; 6 Abs. 519.

Desure et. v. Mitchell et. OA. 6 Abs. 512; OS. No. 21309, 6 Abs. 471.

Dunlap v. Denison Lumber Co. OA. 6 Abs. 163; 27 Oh. Ap. 412★; 160 NE. 873.

Durst et. v. State ex Watmongh, et. OS. No. 21267; 6 Abs. 421, 519.

Eisenzimmer v. Conn. Fire & Ins. Co. OA. 6 Abs. 519; 27 Oh. Ap. 366★.

Empire Finance Co. v. Elliott. OA. 6 Abs. 497; OS. No. 21144; 6 Abs. 325; MCO. 6 Abs. 389.

Fidelity & Cas Co. of N. Y. v. Un. Sav. Bank Co. OA. 6 Abs. 493; OS. No. 21025; 6 Abs. 205, 269; Aff. 6 Abs. 389; Syl. 6 Abs. 386; 119 Oh. St. 124.

Hardin-Wyandot Light Co. v. P. U. C. OS. 1 Abs. 878; OS. No. 18456; 2 Abs. 226; Aff. 6 Abs. 309; Syl. 6 Abs. 309; 118 Oh. St. 592; 162 NE. 262.

Heller v. Standard Acc. Ins. Co. OA. 5 Abs. 354; OS. No. 20584; 5 Abs. 398, 653; Aff. 6 Abs. 189; Syl. 6 Abs. 191; 27 Oh. App. 405★; 118 Oh. St. 237; 160 NE. 707; 161 NE. 360.

Huber v. Mertz. OA. 6 Abs. 510.

Hughes Dairy Co. in re. OS. No. 21333; 6 Abs. 519.

International Un. of Steam Op. Eng. v. Owens. OS. No. 20843; 5 Abs. 797; Rev. 6 Abs. 389; Syl. 6 Abs. 520; 119 Oh. St. 94.

Ironton (City) v. Clark. OA. 6 Abs. 514.

Joyce v. State. OA. 6 Abs. 58, Os. No. 20977; 6 Abs. 157, 205; Rev. 6 Abs. 389; Syl. 6 Abs. 520; 119 Oh. St. 114.

Justice v. Ky. Life Ins. Co. OA. 6 Abs. 516.

Lakewood Center Co. v. Swimmer. OA. 6 Abs. 514.

Lannen v. Worland et. OS. No. 20932; 6 Abs. 77, 125; Aff. 6 Abs. 373; Syl. 6 Abs. 369; 119 Oh. St. 49; 162 NE. 271.

Logan v. Close. OA. 6 Abs. 512; OS. No. 21330; 6 Abs. 519.

MacKenzie et. v. Stubber et., (S. R.). OS. No. 21183; 6 Abs. 357.

Mahan v. Breen. et. OA. 6 Abs. 516.

Medina Co. Nat. Bk. etc. v. Foreman, Mdmx. etc., (S. R.). OA. 5 Abs. 787; 27 Oh. App. 400★; 161 NB. 366.

Nichols v. State. OA. 5 Abs. 280; OA. 6 Abs 475; OA. 6 Abs. 511.

Norfolk & West Rd. Co. v. Gale et. OS. No. 20897; 6 Abs. 77, 93; Rev. 6 Abs. 389; Syl. 6 Abs. 520; 119 Oh. St. 110.

Pickering, Admr. v. Koessling et. OA. 6 Abs. 507.

Poppleton, Admr. etc. v. Briner. OS. No. 21328; 6 Abs. 519.

Schooner v. Barron. OA. 6 Abs. 508; OS. No. 21289; 6 Abs .455.

Scott v. Archer et. OA. 6 Abs. 510.

Sheets & Canfield Co. v. Sherman Concrete Pipe Co. OA. 6 Abs. 514.

Smith v. City of Cleveland. OA. 6 Abs. 515.

Spears, Admr. etc. v. Schell. OS. No. 21331; 6 Abs. 519.

Spitzig v. State ex Hiles. OS. No. 20971; 6 Abs. 141; Rev. 6 Abs. 373, 376; Syl. 6 Abs. 368; 119 Oh. St. 117.

State ex Watmough et. v. Cortland Bkg. Co. OS. No. 21327; 6 Abs. 519.

State ex Monger v. Fairfield Co. Comm. Os. No. 20855; 5 Abs. 815; WD. 6 Abs. 389; Syl. 6 Abs. 520; 119 Oh. St. 93.

State ex Pulskamp v. Mercer Co. Comm. OA. 6 Abs. 396; OS. No. 21291; 6 Abs. 455, 519.

Storm & Sons Inc. v. Blanchet. OS. No. 21329; 6 Abs. 519.

Stuber et. v. MacKenzie et. (S. R.). OA. 6 Abs. 511.

Theobald et. v. Fayette Co. Comm. OS. No. 20950; 6 Abs. 109; Aff. 6 Abs. 373; Syl. 6 Abs. 368; 119 Oh. St. 54; 162 NE. 268.

Thomas et. Rec. v. Cleve. Tr. Co., et. OA. 5 Abs. 531; 27 Oh. Ap. 417★; 161 NE. 217.

Trivisonno v. Roberto et. OA. 6 Abs. 515.

Van Cantfort Co. v. Morris. OA. 6 Abs. 507.

Weamer et. v. Slemmer. OA. 6 Abs. 509.

Weaver, Recr. v. Snyder, Admr. OA. 6 Abs. 513.

Wheeler v. Kuntsbeck, et. OA. 6 Abs. 508.

# Ohio Supreme Court SYLLABI

## JOYCE v. STATE.

Ohio Supreme Court.

No. 20977. Decided June 20, 1928.

**911. PERJURY—480. Evidence.**

In prosecution for perjury, admission of evidence as to conversation with deceased third person, defendant not being present during conversation and conspiracy not being proved, is prejudicial error.

For reference to full opinion, see Omnibus Index, last page, this issue.

---

## NORFOLK & WEST. RD. CO. v. GALE et.

Ohio Supreme Court.

No. 20897. Decided June 20, 1928.

**445. EMINENT DOMAIN — 189a. Building Restrictions—991. Railroads.**

Building restrictions inapplicable to state, its agencies or corporations vested with power of eminent domain. Lot owners cannot recover damages from railroad or holding company acquiring lots.

For reference to full opinion, see Omnibus Index, last page, this issue.

---

## STATE ex Monger v. FAIRFIELD CO. COMM.

Ohio Supreme Court.

No. 20855. Decided June 13, 1928.

**103. ASSESSMENTS—379. Delegation of Power.**

Legislature cannot delegate, to county commissioners, power to levy assesments against state. District, less than state, cannot be assessed for improvement benefiting state property.

For reference to full opinion, see Omnibus Index, last page, this issue.

---

## INTERNATIONAL UN. OF STEAM OP. ENG. v. OWENS.

Ohio Supreme Court.

No. 20843. Decided June 20, 1928.

**700. LABOR UNIONS—639. Injunction.**

Member not entitled to mandatory injunction requiring issuance of transfer card. Injunction lies to compel officers to grant hearing upon application for such card.

For reference to full opinion, see Omnibus Index, last page, this issue.